*ENTERED — CLERK, U.S. DISTRICT COURT — APR 20 2007 — CENTRAL DISTRICT OF CALIFORNIA — BY ___ DEPUTY*

*FILED - WESTERN DIVISION — CLERK, U.S. DISTRICT COURT — APR 20 2007 — CENTRAL DISTRICT OF CALIFORNIA — BY ___ DEPUTY*

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| ALAN DEVON,<br><br>    Petitioner,<br><br>v.<br><br>KEN CLARK,<br><br>    Respondent. | No. CV 07-2405-TJH (AGR)<br><br>JUDGMENT |

Pursuant to the Opinion and Order on a petition for writ of habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: April 18, 2007

_____
TERRY J. HATTER
UNITED STATES DISTRICT JUDGE